UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JOHNI SEMMA,<br><br>      Defendant. | Criminal No. 18-CR-20516<br>Hon. Paul D. Borman |

## ORDER ON SECOND MOTION TO ADJOURN THE DEADLINE FOR OBJECTIONS TO PRESENTENCING INVESTIGATION REPORT

Upon Defendant Johni Semma's ("Defendant") Second Motion to Adjourn the Deadline for Objections to Presentencing Investigation Report ("Motion"), and the Court being otherwise filly advised in the premises thereof:

IT IS HEREBY ORDERED that Defendant's Motion is granted in part.

IT IS FURTHER ORDERED that the deadline for Defendant to submit any objections to the Probation Department's Presentencing Investigation Report is adjourned until **Wednesday, February 26, 2020**.

IT IS SO ORDERED

Dated: February 6, 2020                        s/Paul D. Borman
                                                      Paul D. Borman
                                                      United States District Judge